■ FRANK W. GALLESE, Respondent, v. WILLIAM SCHRIEBER, as President, etc., Appellant.— Motion granted and appeal dismissed, with $10 motion costs.

■ WALTER MACK, on Behalf on Himself, etc., Plaintiff, v. WILLIAM EDELL et al., Defendants. (And Three Other Related Actions.) — Motion granted and appeal dismissed, with $10 motion costs.

■ J. V. TRIPOLI CO. INC., Plaintiff, v. ALBERT KUTAS, Defendant.— Motion granted and appeal dismissed, with $10 motion costs.

■ ROBERT G. WOODWARD, an Infant, etc., et al., Plaintiffs, v. HELEN L. EUSTIS et al., Defendants.— Motion granted and appeal dismissed, without costs.

■ ROBERT JUDD et al., Appellants, v. CENTRAL TRUST COMPANY OF ROCHESTER, N. Y., et al., Respondents.— Motion for a stay denied as academic.

■ BENNY PRESNO, Appellant, v. RAYMOND W. GREENING et al., Respondents.— Motion granted and order dismissing appeal vacated, on condition printed records are filed and served on or before March 20, 1959, appellant's brief filed and served on or before April 1, 1959, and the case is hereby set down for argument at the first week of the May 1959 Term.

■ KINGMAN BASSETT, Individually and as Trustee, Respondent, v. ROBERT S. BASSETT et al., Appellants.— Motion for a stay granted pending hearing and determination of appeal.

■ JANE D. BLOCK, Respondent, v. ADRIAN BLOCK, JR., Appellant.— Motion for a stay granted pending hearing and determination of appeal, upon consent, as to enforcement of that portion of order fixing counsel fees, but in all other respects motion for a stay denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE K. AHLET, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

## (March 11, 1959)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON C. FREEMAN, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Erie County Court convicting defendant of the crime of manslaughter, first degree.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ EDWARD D. NORMAN, Respondent, v. ROY W. SMITH et al., Partners Doing Business as THE MOSS COMPANY, Appellants.— Order reversed, without costs of this appeal to any party, and motion denied, without costs, on the ground that it was an improvident exercise of discretion under the circumstances shown by the record. All concur. (Appeal from an order of Monroe Special Term granting a motion of plaintiff restoring the case to the March 1958 Term and substituting attorneys for plaintiff.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.